**UNITED STATES of America,**
**Petitioner-Appellee,**

v.

**Darrel FISHER, Respondent-Appellant.**

**No. 17-6161**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2017
Decided: May 26, 2017

Darrel Fisher, Appellant Pro Se. Jennifer Dee Dannels, FEDERAL MEDICAL CENTER, Butner, North Carolina; Robert J. Dodson, Special Assistant United States Attorney, Raleigh, North Carolina; David T. Huband, BUREAU OF PRISONS, Butner, North Carolina, for Appellee.

Before KING, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrel Fisher appeals the district court's order denying his pro se motion seeking vacatur of a commitment order and a discharge hearing. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Fisher*, No. 5:10-hc-02234-BR (E.D.N.C. Jan. 31, 2017). We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*